## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| **TINA EMERY and** ) | |
| **DAVID EMERY,** ) | |
| ) | |
| **Plaintiffs** ) | |
| ) | |
| **v.** ) | **Civil Case No. 1:22-cv-00001-PB** |
| ) | |
| **CVR9395 LLC and** ) | |
| **JAMES REAGAN** ) | |
| ) | |
| **Defendants** ) | |

## <u>NEITHER PARTY DOCKET MARKINGS</u>

NOW COME the Parties, who hereby stipulate and agree that the docket in this matter

may be marked as follows:

"Judgment for neither party, case settled. No action except as may be necessary for enforcement."

Respectfully submitted,

Tina Emery and David Emery
Plaintiffs

By their attorneys,
NEW HAMPSHIRE LEGAL ASSISTANCE

11/07/2022          /s/ Lindsay Lincoln_____
Date                          Lindsay Lincoln
                                   NH Bar No. 270583
                                   117 North State Street
                                   Concord, NH 03301
                                   Tel: 603-223-9750, ext. 2907
                                   Fax: 1-833-722-0271
                                   llincoln@nhla.org

Elliott Berry
NH Bar No. 546
1850 Elm Street, Suite 7
Manchester, NH 03104
Tel: 603-668-2900, ext. 2908
Fax: 1-833-722-0271
eberry@nhla.org

*and*

CVR9395 LLC and James Reagan
Defendants

By their attorneys,
WESCOTT LAW, PA

/s/ Shawna Bentley
Shawna Bentley
NH Bar No. 270149
28 Bowman Street
Laconia, NH 03246
(603) 524-2166
sbentley@wescottlawnh.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 7, 2022, a copy of the foregoing Neither Party Docket Markings was served electronically upon counsel of record via the Court's ECF system.

/s/ Lindsay Lincoln
Lindsay Lincoln, Esq.